IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01290-RPM

BEVERLY A. LANGFORD,

    Plaintiff,

v.

WEST COAST LIFE INSURANCE COMPANY, a Nebraska corporation,

    Defendant.

---

ORDER FOR STATUS REPORT

---

On August 10, 2011, this Court entered an staying this civil action pending arbitration.

Nothing further has been filed and it is now

ORDERED that counsel shall file a status report on or before December 29, 2011.

Dated:   December 15th, 2011

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge