IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01290-RPM

BEVERLY A. LANGFORD,

    Plaintiff,

v.

WEST COAST LIFE INSURANCE COMPANY, a Nebraska corporation,

    Defendant.

## ORDER FOR DISMISSAL

Pursuant to the Stipulated Motion for Dismissal with Prejudice [13] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs, including attorneys' fees.

Dated: April 27th, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge